IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRIAN H. HARRISON,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION NO. 05-00031-BH-B |
| **GRANTT CULLIVER,** | : | |
| Respondent. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection (Doc. 49) is made, the Recommendation of the Magistrate Judge (Doc. 46) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 be and is hereby **DENIED**.

**DONE** this 3rd day of June, 2008.

s/ W. B. Hand
SENIOR DISTRICT JUDGE